# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   BERNADINE DENISE STEWART           §          Case No.: 07-12765
                                             §
                                             §
                                             §
                                             §
         Debtor(s)                           §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

 1) The case was filed on 07/17/2007.

 2) This case was confirmed on 08/29/2007.

 3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/10/2008.

 4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

 5) The case was completed on 01/24/2012.

 6) Number of months from filing to the last payment:  54

 7) Number of months case was pending:  60

 8) Total value of assets abandoned by court order:  NA

 9) Total value of assets exempted: $     1,977.00

 10) Amount of unsecured claims discharged without payment $      .00

 11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 18,958.45 |
| Less amount refunded to debtor | $ 187.30 |
| **NET RECEIPTS** | $ 18,771.15 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,300.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,236.98 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,536.98 |
| Attorney fees paid and disclosed by debtor | $ 200.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ISAC | UNSECURED | 5,100.00 | 5,585.34 | 5,585.34 | 5,585.34 | .00 |
| AIP CASH WORLD WIDE | UNSECURED | 530.00 | NA | NA | .00 | .00 |
| AMERILOAN | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| AMERICANATIONAL MANA | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 650.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,100.00 | 1,030.56 | 1,030.56 | 1,030.56 | .00 |
| BANK OF AMERICA NA | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| WEST ASSET MANAGEMEN | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| WCI FINANCIAL SERVIC | OTHER | .00 | NA | NA | .00 | .00 |
| MY CASH TIME | UNSECURED | 450.00 | .00 | 414.00 | 414.00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,650.00 | 3,365.00 | 3,365.00 | 3,365.00 | .00 |
| ARNOLD SCOTT HARRIS | OTHER | .00 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | OTHER | .00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 423.86 | 423.86 | 423.86 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 680.00 | 590.99 | 590.99 | 590.99 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | 200.00 | 241.35 | 241.35 | 241.35 | .00 |
| DEPARTMENT OF VETERA | UNSECURED | 200.00 | 239.30 | 239.30 | 239.30 | .00 |
| EMERGENCY ROOM CARE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 550.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST PREMIER BANK | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| GFSIL | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| GLOBAL TELEDATA | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| AR RESOURCES INC | OTHER | .00 | NA | NA | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | 170.00 | 187.20 | 187.20 | .00 | .00 |
| IMAGINE | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| IQ TELECOM INC | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| IC SYSTEMS INC | OTHER | .00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 450.00 | 415.95 | 415.95 | 415.95 | .00 |
| RESURGENT CAPITAL SE | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| METRA | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| MICHAEL REESE MEDICA | OTHER | .00 | NA | NA | .00 | .00 |
| MYCASHTOME.COM | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMPUTER CREDIT SERV | OTHER | .00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOC OF C | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| PAYDAY AVE | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| E CARE PAYMENT SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| PROACTIV SOLUTION | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| UNITED CASH LOAN | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| WOW INTERNET AND CAB | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT IN | OTHER | .00 | NA | NA | .00 | .00 |
| ZIPCASH | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 260.00 | 260.00 | 260.00 | .00 |
| ER SOLUTIONS INC | UNSECURED | NA | 1,260.26 | 1,260.26 | 1,260.26 | .00 |
| COMCAST | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 1,005.27 | 407.56 | 407.56 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 112.94 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 407.56 | 407.56 | .00 |
| **TOTAL PRIORITY:** | 407.56 | 407.56 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 14,013.81 | 13,826.61 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,536.98 |
| Disbursements to Creditors | $ | 14,234.17 |
| **TOTAL DISBURSEMENTS:** | $ | 18,771.15 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/16/2012                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**      : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**